## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) No. 2:20-cr-01-GZS |
| v. | )<br>) 21 U.S.C. § 846 |
| JENNIFER GOLDEN | ) |

### INFORMATION

The United States Attorney for the District of Maine charges that:

### COUNT ONE
### (Conspiracy to Distribute Fentanyl and Cocaine)

Between about October 2018 and September 23, 2019, in the District of Maine and elsewhere, the defendant

### JENNIFER GOLDEN

knowingly and intentionally conspired with T.S. and others known and unknown to distribute and possess with intent to distribute controlled substances, including 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), and a quantity of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B) apply to the conduct described herein.

1

Date:   January 6, 2020                                HALSEY B. FRANK
                                                      UNITED STATES ATTORNEY

                                                      */s/ Sheila W. Sawyer*
                                                      Sheila W. Sawyer
                                                      Assistant United States Attorney
                                                      United States Attorney's Office
                                                      100 Middle Street
                                                      Portland, ME 04101
                                                      sheila.sawyer@usdoj.gov